No. 73–604. Cass *v.* United States; and

No. 73–5661. Adams et al. *v.* Secretary of the Navy et al. C. A. 9th Cir. Motion of petitioners in No. 73–5661 for leave to proceed *in forma pauperis* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 483 F. 2d 220.

No. 73–641. Snow et ux. *v.* Commissioner of Internal Revenue. C. A. 6th Cir. Certiorari granted. Mr. Justice Stewart took no part in the consideration or decision of this petition.

No. 73–786. Ross et al. *v.* Moffitt. C. A. 4th Cir. Motion of respondent to dispense with printing brief in opposition and certiorari granted.

No. 73–831. Warden, Lewisburg Penitentiary *v.* Marrero. C. A. 3d Cir. Certiorari granted. The Solicitor General is invited to file a response to respondent's motion for leave to proceed *in forma pauperis* on or before January 16, 1974. Respondent's reapplication to vacate stay heretofore granted by Mr. Justice Brennan denied. Mr. Justice Douglas would vacate stay.

No. 73–283. Zapata *v.* Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 73–478. Freedman *v.* Morrissey et al.;

No. 73–611. Morrissey et al. *v.* Curran et al.; and

No. 73–5689. Perry *v.* Morrissey et al. C. A. 2d Cir. Certiorari denied. Reported below: 483 F. 2d 480.